# United States Bankruptcy Court
Western District of North Carolina
ASHEVILLE/BRYSON CITY DIVISIONS

**IN RE:** CARL LEE HAYES, JR.  
24 HIGHWOODS DRIVE  
LEICESTER, NC 28748

DONNA WALTERS HAYES  
24 HIGHWOODS DRIVE  
LEICESTER, NC 28748

Case: 11-11148  
Judge: George R. Hodges  
Dated: 6/6/2012

SSN #1: XXX-XX-3183  
SSN #2: XXX-XX-2012

## MOTION OF TRUSTEE FOR DETERMINATION
## OF STATUS OF CLAIMS IN CONFIRMED PLAN

The undersigned trustee in the above-referenced Chapter 13 case reports that he has examined the Proofs of Claim filed in the case and hereby moves that the claims be allowed as reported below for payment by the trustee under the terms of the confirmed plan. To the extent that any claim as reported differs from the claim as scheduled or filed, the trustee OBJECTS to that claim and classifies it as he believes proper under applicable law. The claims as reported herein include those proofs of claim believed by the trustee to have been filed pursuant to Federal Rule of Bankruptcy Procedure 3004.

**IF YOU ARE A CREDITOR, TAKE NOTICE THAT YOUR RIGHTS MAY BE AFFECTED BY THE FINAL DISPOSITION OF THE TRUSTEE'S MOTION.**

| Claim # | Name and Address of Creditor | Amount | Forgive % | Classification |
|---|---|---|---|---|
| 001 | ABSOLUTE COLLECTION SERVICE / 421 FAYETTEVILLE STREET MALL SUITE 600 / RALEIGH, NC 27601-1777 | None | | Not Filed .00 |
| 002 | ASHEVILLE IMAGING / P O BOX 2929 ASHEVILLE, NC 28802 | None | | Not Filed .00 |
| 003 | ASHEVILLE RADIOLOGY / PO BOX 1259 DEPT 87298 / OAKS, PA 19456 | None | | Not Filed .00 |
| 004 | GRANITE RECOVERY LLC / C/O RECOVERY MANAGEMENT SYSTEMS COR 25 SE 2ND AVE STE 1120 / MIAMI, FL 33131-1605 | 4,513.88 | | Unsecured |
| 005 | BARBARA HAYES / 180 JONES ROAD LEICESTER, NC 28748-5128 | 65,000.00 | | Unsecured |
| 006 | BB&T / BANKRUPTCY DEPARTMENT PO BOX 1847 / WILSON, NC 27894-1847 | 44,422.00 | 5.2500% From 11/23/2011 | Secured |
| 006 | BB&T / BANKRUPTCY DEPARTMENT PO BOX 1847 / WILSON, NC 27894-1847 | 152,985.83 | | Unsecured |
| 007 | BUNCOMBE COUNTY TAX COLL / 35 WOODFIN STREET, SUITE 204 ASHEVILLE, NC 28801-0000 | 437.21 | | Priority |
| 008 | CAROLINA FARM CREDIT / C/O DANIEL C. BRUTON PO BOX 21029 / WINSTON-SALEM, NC 27120-1029 | 6,100.00 | 5.2500% From 11/23/2011 | Secured |
| 008 | CAROLINA FARM CREDIT / C/O DANIEL C. BRUTON PO BOX 21029 / WINSTON-SALEM, NC 27120-1029 | 80,350.24 | | Unsecured |
| 009 | CAROLINA FIRST BANK / P O BOX 12249 COLUMBIA, SC 29211 | None | | Not Filed .00 |
| 010 | CCS PAYMENT PROCESSING / PO BOX 55126 BOSTON, MA 02205-5126 | None | | Not Filed .00 |
| 011 | CHAMPION CREDIT UNION / C/O MARK PINKSTON PO BOX 7376 / ASHEVILLE, NC 28802-7376 | 2,600.00 | 5.2500% From 11/23/2011 | Secured |
| 011 | CHAMPION CREDIT UNION / C/O MARK PINKSTON PO BOX 7376 / ASHEVILLE, NC 28802-7376 | 12,364.11 | | Unsecured |
| 012 | FROST ARNETT / PO BOX 198988 NASHVILLE, TN 37219 | None | | Not Filed .00 |
| 013 | HOME TRUST BANK / PO BOX 10 ASHEVILLE, NC 28802 | 60,441.59 | 5.2500% From 11/23/2011 | Secured |
| 013 | HOME TRUST BANK / PO BOX 10 ASHEVILLE, NC 28802 | 259,918.96 | | Unsecured |
| 014 | INTERNAL REVENUE SERVICE / P O BOX 7346 PHILADELPHIA, PA 19101-7346 | None | | Not Filed |
| 015 | LABORATORY CORP / P O BOX 2240 BURLINGTON, NC 27216-2240 | None | | Not Filed .00 |
| 016 | MISSION HOSPITALS / ATTN: BANKRUPTCY DEPARTMENT 980 B HENDERSONVILLE RD / ASHEVILLE, NC 28803 | 800.87 | | Unsecured |

# United States Bankruptcy Court
Western District of North Carolina
ASHEVILLE/BRYSON CITY DIVISIONS

**IN RE:** CARL LEE HAYES, JR.  
24 HIGHWOODS DRIVE  
LEICESTER, NC 28748

DONNA WALTERS HAYES  
24 HIGHWOODS DRIVE  
LEICESTER, NC 28748

Case: 11-11148  
Judge: George R. Hodges  
Dated: 6/6/2012

SSN #1: XXX-XX-3183  
SSN #2: XXX-XX-2012

## MOTION OF TRUSTEE FOR DETERMINATION
## OF STATUS OF CLAIMS IN CONFIRMED PLAN

The undersigned trustee in the above-referenced Chapter 13 case reports that he has examined the Proofs of Claim filed in the case and hereby moves that the claims be allowed as reported below for payment by the trustee under the terms of the confirmed plan. To the extent that any claim as reported differs from the claim as scheduled or filed, the trustee OBJECTS to that claim and classifies it as he believes proper under applicable law. The claims as reported herein include those proofs of claim believed by the trustee to have been filed pursuant to Federal Rule of Bankruptcy Procedure 3004.

**IF YOU ARE A CREDITOR, TAKE NOTICE THAT YOUR RIGHTS MAY BE AFFECTED BY THE FINAL DISPOSITION OF THE TRUSTEE'S MOTION.**

| Claim # | Name and Address of Creditor | Amount | Forgive % | Classification |
|---|---|---|---|---|
| 017 | MOUNTAIN CREDIT UNION / C/O MARK PINKSTON<br>PO BOX 7376 / ASHEVILLE, NC 28802-7376 | 12,000.00 | 5.2500% From 11/23/2011 | Secured |
| 017 | MOUNTAIN CREDIT UNION / C/O MARK PINKSTON<br>PO BOX 7376 / ASHEVILLE, NC 28802-7376 | 17,832.08 | | Unsecured |
| 018 | MOUNTAIN FIRST / 1637 SOUTH MAIN STREET<br>WAYNESVILLE, NC 28786 | None | | Not Filed<br>.00 |
| 019 | NC DEPT OF REVENUE / P O BOX 1168<br>RALEIGH, NC 27602-0000 | None | | Not Filed |
| 020 | RADIATION THERAPY OF WESTER NC, PA / PO BOX 60914<br>CHARLOTTE, NC 28260-0914 | None | | Not Filed<br>.00 |
| 021 | SHEFFIELD FINANCIAL / BB&T BANKRUPTCY SECTION 100-50-01-5<br>PO BOX 1847 / WILSON, NC 27894-1847 | 3,000.00 | 5.2500% From 11/23/2011 | Secured |
| 021 | SHEFFIELD FINANCIAL / BB&T BANKRUPTCY SECTION 100-50-01-5<br>PO BOX 1847 / WILSON, NC 27894-1847 | 5,540.15 | | Unsecured |
| 022 | UNIVERSITY OF TENNESSEE VET COLLEGE / 2407 RIVER DRIVE, ROOM C124<br>KNOXVILLE, TN 37996-4500 | None | | Not Filed<br>.00 |
| 023 | WELLS FARGO CARD SERVICES / 1 HOME CAMPUS<br>3RD FLOOR / DES MOINES, IA 50328 | 11,259.59 | | Unsecured |
| 024 | WELLS FARGO HOME MORTGAGE / BANKRUPTCY DEPT, MAC X7801-014<br>3476 STATEVIEW BLVD / FORT MILL, SC 29715 | Continuing<br>1393.16 Per Month | | Secured |
| 024A | WELLS FARGO HOME MORTGAGE / BANKRUPTCY DEPT, MAC X7801-014<br>3476 STATEVIEW BLVD / FORT MILL, SC 29715 | 19,072.76 | | Secured |
| 025 | WNC COMMUNITY CREDIT UNION / C/O MARK A. PINKSTON<br>P.O. BOX 7376 / ASHEVILLE, NC 28802-7376 | 7,845.65 | 5.2500% From 11/23/2011 | Secured |
| 026 | WELLS FARGO / ONE HOME CAMPUS<br>BK PMT PROC/MAC#X2302 / DES MOINES, IA 50328 | None | | Notices |
| 027 | SEAN M. CORCORAN / BROCK & SCOTT, PLLC<br>5121 PARKWAY PLAZA DR, STE 300 / CHARLOTTE, NC 28217 | None | | Notices |
| 028 | MOUNTAIN FIRST / 1637 SOUTH MAIN STREET<br>WAYNESVILLE, NC 28786 | None | | Not Filed<br>.00 |
| 029 | WNC COMMUNITY CREDIT UNION / C/O MARK A. PINKSTON<br>P.O. BOX 7376 / ASHEVILLE, NC 28802-7376 | 3,745.51 | 5.2500% From 11/23/2011 | Secured |
| 030 | CAROLINA FARM CREDT / 701 BREVARD ROAD<br>PO BOX 1760 / ASHEVILLE, NC 28802 | None | | Not Filed<br>.00 |
| 031 | CAROLINA FARM CREDT / 701 BREVARD ROAD<br>PO BOX 1760 / ASHEVILLE, NC 28802 | None | | Not Filed<br>.00 |
| 032 | MARJORIE MANN, ATTY / P O BOX 7647<br>ASHEVILLE, NC 28802 | None | | Notices<br>.00 |
| 033 | HOME TRUST BANK / C/O MARK A PINKSTON<br>P O BOX 7376 / ASHEVILLE, NC 28802 | None | | Notices |

# United States Bankruptcy Court
Western District of North Carolina
ASHEVILLE/BRYSON CITY DIVISIONS

**IN RE:** CARL LEE HAYES, JR.  
24 HIGHWOODS DRIVE  
LEICESTER, NC 28748

DONNA WALTERS HAYES  
24 HIGHWOODS DRIVE  
LEICESTER, NC 28748

Case: 11-11148  
Judge: George R. Hodges  
Dated: 6/6/2012

SSN #1: XXX-XX-3183  
SSN #2: XXX-XX-2012

## MOTION OF TRUSTEE FOR DETERMINATION
## OF STATUS OF CLAIMS IN CONFIRMED PLAN

The undersigned trustee in the above-referenced Chapter 13 case reports that he has examined the Proofs of Claim filed in the case and hereby moves that the claims be allowed as reported below for payment by the trustee under the terms of the confirmed plan. To the extent that any claim as reported differs from the claim as scheduled or filed, the trustee OBJECTS to that claim and classifies it as he believes proper under applicable law. The claims as reported herein include those proofs of claim believed by the trustee to have been filed pursuant to Federal Rule of Bankruptcy Procedure 3004.

**IF YOU ARE A CREDITOR, TAKE NOTICE THAT YOUR RIGHTS MAY BE AFFECTED BY THE FINAL DISPOSITION OF THE TRUSTEE'S MOTION.**

| Claim # | Name and Address of Creditor | Amount | Forgive % | Classification |
|---|---|---|---|---|
| 034 | CHAMPION CREDIT UNION / C/O MARK PINKSTON<br>PO BOX 7376 / ASHEVILLE, NC 28802-7376 | 9,294.85 | | Unsecured |
| 035 | CHAMPION CREDIT UNION / C/O MARK PINKSTON<br>PO BOX 7376 / ASHEVILLE, NC 28802-7376 | 31,456.38 | | Unsecured |
| 036 | DOUGLAS J. TATE / MCGUIRE, WOOD & BISSETTE, P.A.<br>P.O. BOX 3180 / ASHEVILLE, NC 28802 | None | | Notices |
| 037 | TD BANK, NA / ATTN: ROBIN PARADIS<br>PO BOX 9547 / PORTLAND, ME 04112 | 1,000.00<br>5.2500% | From 11/23/2011 | Secured |
| 037 | TD BANK, NA / ATTN: ROBIN PARADIS<br>PO BOX 9547 / PORTLAND, ME 04112 | 38,781.03 | | Unsecured |
| | Total | 850,762.69 | | |

ROBERT M PITTS  
828/255-8085  
137 BILTMORE AVENUE  
ASHEVILLE, NC 28801-0000

3,450.00     Debtor's Attorney

Wherefore, the trustee respectfully requests that the Court grant his motion which has been served on the parties named above and classify the claims for payment by the trustee as set forth herein, and that it grant such other and further relief as is appropriate and just.

Dated: 6/6/2012

David G. Gray  
Standing Chapter 13 Trustee  
81 Central Avenue  
Asheville, NC 28801

Case No:   11-11148
Debtor:   CARL LEE HAYES, JR.

## NOTICE OF MOTION OF TRUSTEE FOR DETERMINATION
## OF STATUS OF CLAIMS IN CONFIRMED PLAN

The Chapter 13 trustee has filed a motion in the above-referenced Chapter 13 case for determination of status of claims, for payment by the trustee under the debtor's confirmed plan.

YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  If you do not have an attorney, you may wish to consult one.

If you want to object to the classification  and/or  treatment of your claim as contained in the trustee's motion, then you or your attorney must file with the court a written response to the motion and a request for hearing, within thirty (30) days of the date of this notice at the following address:

>   CLERK, U S BANKRUPTCY COURT
>   Room 106
>   100 Otis Street
>   Asheville, NC 28801

If you MAIL your response to the court for filing, you must mail it early enough for the court to RECEIVE it on or before the deadline stated above.

**Please refer to the trustee's claim number in any response you may file.**

NO HEARING WILL BE HELD UNLESS A RESPONSE IS FILED.

If you file a response, then a hearing on the trustee's motion will be on July 17, 2012  at 9:30 am at the following address:

>   Bankruptcy Courtroom
>   First Floor
>   100 Otis Street
>   Asheville, NC 28801

If you or your attorney do not take these steps, the court may decide that you do not oppose the classification and treatment of your claim as reported by the trustee, and grant the motion.

>   David G. Gray
>   Standing Chapter 13 Trustee
>   By:  ANN SPRINKLES

# United States Bankruptcy Court
Western District of North Carolina
ASHEVILLE/BRYSON CITY DIVISIONS

**IN RE:** CARL LEE HAYES, JR.  
24 HIGHWOODS DRIVE  
LEICESTER, NC 28748

DONNA WALTERS HAYES  
24 HIGHWOODS DRIVE  
LEICESTER, NC 28748

Case: 11-11148  
Judge: George R. Hodges  
Dated: 6/6/2012

SSN #1: XXX-XX-3183  
SSN #2: XXX-XX-2012

### CERTIFICATE OF SERVICE

The undersigned hereby certifies a copy of the attached document has been served on the parties whose names and addresses are listed on the foregoing Motion of Trustee for Determination of Status of Claims in Confirmed Plan by United States first class mail, postage prepaid on June 6, 2012.

_____  
ANN SPRINKLES